UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUANCARLOS ALMONTE,

                    Plaintiff,

        -against-

JUANCARLOS ALMONTE, ET AL.,

                  Defendants.

26-cv-2454 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 27, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

  Dated:    March 31, 2026
             New York, New York

                        /s/ Laura Taylor Swain
                        LAURA TAYLOR SWAIN
                  Chief United States District Judge